**DISMISS; and Opinion Filed December 7, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01436-CR

### REMCEY J. PEEPLES, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2010-2-0818**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Schenck
Opinion by Justice Lang-Miers

Remcey J. Peeples pleaded guilty to theft of property in an amount of $20 or more but less than $500 by check.[1]  Pursuant to a plea bargain agreement, the trial court sentenced appellant to twenty days' confinement in jail.  The trial court certified that appellant does not have the right to appeal.  *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).  We dismiss the appeal for want of jurisdiction.

/Elizabeth Lang-Miers/

Do Not Publish
TEX. R. APP. P. 47

ELIZABETH LANG-MIERS
JUSTICE

151436F.U05

---

[1] Section 31.03(e) was amended in 2015. The amendments apply to offenses that occur on or after September 1, 2015. *See* Act of May 31, 2015, 84th Leg., R.S., 2015 Tex. Gen. Laws ch. 1251, §§ 10, 31 (codified at TEX. PENAL CODE ANN. § 31.03(e)(2) (West Supp. 2015)). Because the date of appellant's offense was before September 1, 2015, the amendment does not apply.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REMCEY J. PEEPLES, Appellant

No. 05-15-01436-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Grayson County, Texas
Trial Court Cause No. 2010-2-0818.
Opinion delivered by Justice Lang-Miers, Justices Bridges and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 7th day of December, 2015.